UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARRY TUCKER,<br><br>              Plaintiff,<br><br>        v.<br><br>LOS ANGELES SHERIFF DEPARTMENT,<br><br>              Defendant. | No. 2:20-cv-02909-JAK (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including Plaintiff's Complaint (Dkt. 1), the Order re Complaint (Dkt. 4), and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 13). Plaintiff did not file any timely written objections to the report.  The Report and Recommendation is approved and accepted.

      Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this case with prejudice.

Dated: June 9, 2020

_____
JOHN A. KRONSTADT
United States District Judge