JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARRY TUCKER,<br><br>   Plaintiff,<br><br>   v.<br><br>LOS ANGELES SHERIFF DEPARTMENT,<br><br>   Defendant. | No. 2:20-cv-02909-JAK (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: June 9, 2020

_____
JOHN A. KRONSTADT
United States District Judge